# COMPLAINT

### (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 JUN -8 P 2: 12

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Bryan Urquhart
c/o Fox Lake Correctional
P.o. Box 147
        v.  Fox Lake, WI 53933

(Full name of defendant(s))

Sheboygan County Sherrif Cory Roeseler;
ADVANCED Correctional Health
525 N. 6th Street
Sheboygan, WI 53081

Case Number:

## 18-C-0879

(to be supplied by Clerk of Court)

---

A.  **PARTIES**

1.  Plaintiff is a citizen of __Wisconsin__, and is located at
        (State)

__Fox Lake Correctional Institution  P.O. Box 200 Fox Lake, WI 53933__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant __Advanced Correctional Health c/o Sheboygan__
__County Sherrif Cory Roseler__            (Name)
is (if a person or private corporation) a citizen of __Wisconsin__
                    (State, if known)

and (if a person) resides at _525 N. 6th St. Sheboygan WI 5308)_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Sheboygan County Detention Center_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

## B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

THE plaintiff (mr. Bryan L. Urquhart) while being detained By the Defendants (Sherrif of Sheboygan Co. Cory Roeseler, the Sheboygan County Detention Center and Advanced Correctional Health.) from 9-11-14 To 6-20-17. On or about 6-9-17 The Plaintif complained of Dizzyness & weakness. Correctional officees said "they would tell the Nurse, The plainti ff Continued Complaing of worsening symptoms And possibly a Heart Attack over the next few days. on or about 6-12-17 Plaintiff was Told the Nurse was going to See Him. Approx 12hrs Later The nurse Said the plaintiff Looked pale but was Just out of shape And the I could not be having Heart attacks As I'm Too young.

The Nurse refered me to mental Health. on or about 6-13-17 Plaintiff saw mental Health who Listened to symptoms And Agreed I Looked Ill AND was probably Not HAving Heart Attacks. She immediately retrieved the Nurse who took my vitals Which she admitted were Not Normal. She Sent me to my Cell To Rest while She called the Doctor. on or about 6-14-17 The plaintiff was called out to See the Nurse. The Nurse Said the doctor prescribed baby Aspirin. I (the Plaintiff) Argued that it's Like Shutting the barn Doors After the Horses Escaped. The plaintiff Continued to Complain of Symptoms Until 6-20-17. Plaintiff was shipped to Dodge Correctional ahead of over a Dozen men Due to be Shipped.

The plaintiff believes He was shipped out to DCI To Avoid incurring the Cost of Medical Services. ~~[struck out]~~ The Defendant Put the Health and Safety of the Plaintiff At risk. IN order To Avoid Medical Expenses. The Plaintiff Recieved Extensive Care at DCI And Waupun Hospital Shortly After Arrival. All physicians Agree there were M.I's (midocardial Infarctions) Happening to the plaintiff.

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The plaintiff, Bryan Urquhart is asking the Courts To order A change in procedure in the patient To Doctor interaction. The patient should be seen by A physician. Nurses should not be USED As GO Between's.

In Addition Nurses should not HAVE ultimate say As To when or IF A patient should be seen by a physician or Mental Health (unless Nurses Are certified to make And Diagnose Illnesses.)

Last I Am Asking For a monetary Reward in the Amount of $990,000.⁰⁰

Complaint - 4

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES            ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __25__ day of __May_____ 20_18_.

Respectfully Submitted,

_Bryan L. Nogula_____
Signature of Plaintiff

__590151_____
Plaintiff's Prisoner ID Number

__Fox Lake Correctional Institution____
__P.O. Box 200 Fox Lake, WI 53933-0200__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.